# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| FARIA MAHMOOD ) | |
| ) | |
| Plaintiff ) | |
| ) | 3:20-cv-1230 |
| v. ) | |
| ) | |
| TARGET CORPORATION D/B/A ) | |
| TARGET STORES, INC. ) | |
| Defendant ) | AUGUST 21, 2020 |

## DEFENDANT TARGET STORES, INC.'S NOTICE OF REMOVAL

**To the Judges of the United States District Court for The District of Connecticut:**

The Defendant Target Corporation d/b/a Target Stores, Inc., by and through its undersigned counsel, and pursuant to 28 U.S.C.A. §§1332(a) and 1441 hereby removes this action from the Superior Court, Judicial District of Hartford, State of Connecticut, to the United States District Court for the District of Connecticut and in support of which states as follows:

(1)     The Plaintiff served an action against Defendant Target Corporation d/b/a Target Stores Inc., on or about July 24, 2020, filed on July 27, 2020, entitled <u>Faria Mahmood v. Target Corporation d/b/a Target Stores, Inc., HHD-CV-20-6130819-S</u>, bearing a return date of August 25, 2020 and made returnable to the Judicial District of Hartford at Hartford. A copy of the Summons and Complaint is attached hereto as Exhibit "A".

(2)     In the Complaint, the Plaintiff Faria Mahmood asserts claims for common law negligence against the Defendant alleging that the Plaintiff Faria Mahmood sustained physical injuries and damages when she allegedly slipped and fell in the Target store in Manchester, Connecticut on August 25, 2018. The Plaintiff is claiming physical injuries, some of which are stated to be "permanent", that include injuries to her right leg and right ankle and a lost wage claim. Although liability and damages are disputed by the Defendant, any award in favor of the Plaintiff

could potentially exceed the jurisdictional threshold of $75,000 given the claims made by the Plaintiff as set forth in the Complaint.

(3) Target Corporation d/b/a Target Stores, Inc. is a Minnesota corporation with a principal place of business in Minneapolis Minnesota.

(4) Plaintiff Faria Mahmood is a resident, citizen and is domiciled in West Haven, Connecticut. She provided an address of 97 Cardinal Way, South Windsor, Connecticut on the Summons dated July 24, 2020 and filed on July 27, 2020.

(5) The Court has jurisdiction in the above-captioned matter, pursuant to 28 U.S.C.A. § 1332(a)(1), in that the matter is between citizens of different states and the amount in controversy potentially exceeds the sum or value of $75,000.00 based upon the claims made by the Plaintiff. Therefore, this action may be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C.A. §§ 1332 and 1441.

(6) This Notice of Removal is being filed within thirty (30) days of Defendant being notified of this lawsuit and Defendant Target Corporation d/b/a Target Stores, Inc., has complied with all requirement of 28 U.S.C.A. §1446.

WHEREFORE, Defendant Target Corporation d/b/a Target Stores, Inc, respectfully requests that the above action be removed from the Superior Court, Judicial District of Hartford, State of Connecticut, to this Honorable Court.

        DEFENDANT TARGET CORPORATION D/B/A TARGET STORES, INC.

        __/s/ Dawn Neborsky  #27985_____
        Dawn M. Neborsky, Esq.
        Kiernan Trebach, LLP
        40 Court Street
        Boston, MA 02108
        617-426-3900
        dneborsky@kiernantrebach.com

## CERTIFICATE OF SERVICE

      This is to certify that on this 21st Day of August 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated don the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Peter Brown
110 Cherry Street #8
Guilford, CT  06437


                                        */s/ Dawn M. Neborsky*
                                        Dawn M. Neborsky

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13
**Instructions are on page 2.**

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 90 Washington Street Hartford, CT 06106 | ( ) - 860.548.2700 | August 25, 2020 |

☒ Judicial District    G.A. Number: ☐    At (City/Town): Hartford
☐ Housing Session

Case type code (See list on page 2)  Major: T   Minor: 03

**For the plaintiff(s) enter the appearance of:**

Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code)
Peter J. Brown Attorney at Law 110 Cherry Street #8 Guilford, CT 06437

Juris number (if attorney or law firm): 402052

Telephone number: ( ) - 860.995.1072

Signature of plaintiff (if self-represented)

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  ☐ Yes  ☒ No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed)

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| **First plaintiff** | Name: Mahmood, Faria<br>Address: 97 Cardinal Way South Windsor, CT 06074 | P-01 |
| **Additional plaintiff** | Name:<br>Address: | P-02 |
| **First defendant** | Name: Target Corporation D/B/A Target Stores, Inc. 1000 Nicollet Mall Minneapolis, MN 55403<br>Address: AFS: C T Corporate System 67 Burnside Avenue East Hartford, CT 06106-3408 | D-01 |
| **Additional defendant** | Name:<br>Address: | D-02 |
| **Additional defendant** | Name:<br>Address: | D-03 |
| **Additional defendant** | Name:<br>Address: | D-04 |

Total number of plaintiffs: 1    Total number of defendants: 1    ☐ Form JD-CV-2 attached for additional parties

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court<br>☐ Clerk | Name of person signing |
|---|---|---|---|
| 07/24/2020 | *[signature]* | | Peter J. Brown |

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|

Print Form    Page 1 of 2    Reset Form

| | | |
|---|---|---|
| **RETURN DATE: AUGUST 25, 2020** | : | SUPERIOR COURT |
| FARIA MAHMOOD | : | J. D. OF HARTFORD |
| v. | : | AT HARTFORD |
| TARGET CORPORATION D/B/A TARGET STORES, INC. | : | JULY 24, 2020 |

## COMPLAINT

1. For all relevant times herein mentioned, the Defendant, Target Corporation D/B/A Target Stores, Inc. (hereinafter "Target") is a foreign corporation authorized to transact business in the State of Connecticut.

2. For all relevant times herein mentioned, the Defendant, Target operated a retail department store at 125 Buckland Hills Drive Manchester, Connecticut.

3. For all relevant times herein mentioned, the Defendant, Target, owned, controlled, managed and was in possession of property located at 125 Buckland Hills Drive Manchester, Connecticut (hereinafter referred to as the "Premises").

4. For all relevant times herein mentioned, it was the responsibility of the Defendant, Target, through its agents, servants and/or employees, to exercise ordinary and reasonable care to maintain said premises in a reasonably safe condition for persons such as the plaintiff.

5. On August 25, 2018, at approximately 8:45 p.m., the Plaintiff, Faria Mahmood, was a patron of Target and was walking inside the premises through the shopping aisles open to the public when she was caused to slip

and fall on liquid laundry detergent that was on the floor causing injuries and damages to the plaintiff as more fully set forth below.

6. The injuries and damages suffered by the plaintiff as a result of her fall were caused by the negligence and carelessness of the defendant, Target, and/or its agents, servants and employees, in one or more of the following ways:

a. IN THAT it failed to keep the premises reasonably safe for persons such as the plaintiff lawfully using said premises;

b. IN THAT it permitted or caused liquid laundry detergent to remain in the area where the plaintiff fell; thereby rendering said area dangerous to patrons such as the plaintiff;

c. IN THAT it knew or should have known that the premises were frequented and used by customers such as the plaintiff, and that the safety of such persons depended on the fulfillment of its obligation to maintain the premises, yet it failed to do so;

d. IN THAT it allowed the liquid laundry detergent on which the plaintiff fell to be upon the floor for an unreasonable period of time and failed to remediate the danger it posed;

e. IN THAT it failed to provide adequate warning to the plaintiff of the aforementioned dangerous condition;

f. IN THAT it knew, or in the exercise of reasonable care should have known, of the danger posed to persons such as the plaintiff by the liquid laundry detergent and should have taken measures to remedy it, but failed to do so; and/or;

Peter J. Brown • Attorney at Law • 110 Cherry Street Unit # 8 • Guilford, CT 06437 • 860-995-1072 • Juris No. 402052

    g. IN THAT it failed to perform reasonable and/or timely inspections of the premises in order to discover the existence of the liquid laundry on which the plaintiff fell, although it could and should have done so.

7. As a result of the negligence and carelessness of the defendant as aforesaid, the plaintiff sustained injuries of a severe and permanent nature and as a result of these injuries, the plaintiff has suffered and with reasonable certainty will continue to suffer pain and mental anguish. Upon medical examination, it was determined that the plaintiff sustained injuries to her right leg, right ankle, and such other injuries as are yet unknown.

8. From all of the injuries of the effects thereof, the plaintiff was rendered sore and disabled and is suffering, and will continue to suffer from pain, discomfort, emotional upset, limitation of motion and restriction of activity.

9. The plaintiff's injuries, or some of them, will be permanent in nature and/or permanently disabling.

10. As a further result of the negligence and carelessness of the defendant, the plaintiff was forced to incur expenses for hospitalization, medical care and attention, x-rays, pharmaceuticals, etc., to the plaintiff's further loss and damage and it is reasonably probable that the plaintiff's

injuries, or some of them, will require future medical treatment and expenditures.

11. As a further result of the negligence and carelessness of the defendant, the plaintiff has lost sums of money and wages, salaries and earnings.

12. As a further result of the negligence and carelessness of the defendant, the plaintiff's ability to pursue and enjoy life's activities has been reduced.

- 4 -

WHEREFORE, the Plaintiff claims:

1. Money damages;

2. Any other such equitable or legal relief that the Court deems appropriate.

PLAINTIFF,
FARIA MAHMOOD

By_____
Atty. Peter J. Brown

Peter J. Brown • Attorney at Law • 110 Cherry Street Unit # 8 • Guilford, CT 06437 • 860-995-1072 • Juris No. 402052

| | | |
|---|---|---|
| **RETURN DATE: AUGUST 25, 2020** | : | SUPERIOR COURT |
| FARIA MAHMOOD | : | J. D. OF HARTFORD |
| v. | : | AT HARTFORD |
| TARGET CORPORATION D/B/A TARGET STORES, INC | : | JULY 24, 2020 |

## STATEMENT OF AMOUNT IN DEMAND

The plaintiff in the above-entitled matter seeks monetary damages in excess of $15,000.00, exclusive of legal interest and costs.

PLAINTIFF,
FARIA MAHMOOD

By_____
Atty. Peter J. Brown

Peter J. Brown • Attorney at Law • 110 Cherry Street Unit # 8 • Guilford, CT 06437 • 860-995-1072 • Juris No. 402052